CD/IL PROB 12B
(Rev. 3/99)

## United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

FILED
JAN 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| NAME/ADDRESS OF OFFENDER: | TOMMIE L. ALBERT | CASE NUMBER: 95-10075-001 |
| SENTENCING JUDICIAL OFFICER: | HONORABLE JOE BILLY McDADE<br>U.S. District Judge | |
| DATE OF ORIGINAL SENTENCE: | 04/12/96 | |
| ORIGINAL OFFENSE: | Possession with Intent to Distribute Cocaine Base and Felon in Possession of a Firearm | |
| ORIGINAL SENTENCE: | 96 months imprisonment, 8 years supervised release with the following special conditions: 1) No weapons; and 2) Participate in a program of substance abuse treatment/counseling | |
| TYPE OF SUPERVISION: | Supervised release | |
| DATE SUPERVISION COMMENCED: | 07/25/02 | |

### PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

   Special Condition No. 3: You shall reside for six (6) months in community confinement to commence on a date and at a facility designated by the Bureau of Prisons and shall abide by the rules of that facility.

### CAUSE

On July 25, 2002, offender Albert began his term of supervised release in the Northern District of Mississippi at Greenville. On September 23, 2002, the offender began outpatient drug and alcohol treatment. On May 7, 2003, the offender was placed into residential drug treatment and he successfully completed the residential drug treatment program on June 3, 2003.

Offender Albert possessed and used cocaine as determined by urinalysis on December 26, 2002, July 19, 2003, December 28, 2004, and October 20 and November 29, 2005. On December 13, 2005, the offender signed a waiver of hearing to modify conditions of supervised release to add six months at a Community Correction Center.

Respectfully submitted,

s/Mike Martens /for/
PATRICK M. HOWARD
U.S. Probation Officer
Date: January 6, 2006

PMH/js

Re: ALBERT, Tommie L.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

```
             s/Joe B. McDade
_____
HONORABLE JOE BILLY McDADE
U.S. District Judge
Date: 1/10/06
```

PROB 49
(3/89)

# United States District Court
for
**NORTHERN DISTRICT OF MISSISSIPPI**

U.S.A. vs  Tommie Albert  Docket No. 1:95CR10075-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Modify the term of supervised release requiring the service of six (6) months at the Community Correction Center and abide by the rules and regulations of that facility.

Witness: s/Kelly Middleton
U.S. Probation Officer

Signed: s/Tommie Albert
Probationer or Supervised Releasee

12-13-05
Date