E-FILED
Thursday, 09 March, 2006 09:06:39 AM
Clerk, U.S. District Court, ILCD

Prob 22
(2/98)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:95CR10075-001 |
| DOCKET NUMBER (Rec Court) | |

**FILED**
MAR - 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Tommie Albert<br>427 Watwood Street<br>Greenville, MS 38701 | Central District of Illinois | |
| | NAME OF SENTENCING JUDGE<br>Honorable Joe B. McDade | |
| | DATES OF PROB/TSR RELEASE | FROM 7/25/02  TO 7/24/10 |

**OFFENSE**

Possession with Intent to Distribute Cocaine Base and Felon in Possession of a Firearm

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Mississippi upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/13/06
Date

s/ Judge Joe B. McDade
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/24/06
Date

/s/ U.S. District Judge
United States District Judge